IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THURSTON EDWIN REAVES,              )
                                   )
                Plaintiff,          )
                                   )
        v.                          )        1:25CV1135
                                   )
STUART LONG, et al.,                )
                                   )
                Defendants.         )

## ORDER

On January 8, 2026, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by § 636. (Doc. 18.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief, except that dismissal is without prejudice to Plaintiff's ability to amend his complaint as to any claim for

excessive force against the eight officers he alleges arrested him, if he so chooses.

                                    /s/    Thomas D. Schroeder
                              United States District Judge
May 8, 2026